# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150760

JAMES LEROY JACKSON,

     Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,

     Defendant-Appellee.

SC: 150760
COA: 322839

_____

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of January 12, 2015, the Clerk of the Court is hereby directed to close this file.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2015



Clerk

jam